UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WILLIE E. BERRY, JR. (#354431)                    CIVIL ACTION

VERSUS                                            NO. 25-363-JWD-EWD

JOHNNIE GORDEN, ET AL.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 29, 2026 (Doc. 4), to which an objection (Doc. 5) was filed and considered;

**IT IS ORDERED** that the Court declines to exercise supplemental jurisdiction over potential state law claims and that the following federal claims are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim based on screening under 28 U.S.C. §§ 1915(e) and 1915A: all claims against Gary Westcott and Darrel Vannoy; the claim for failure to protect against William Smith; claims related to preservation of video footage for disciplinary board proceedings and/or the grievance process; and all claims of conspiracy and retaliation.

**IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge Wilder-Doomes for further proceedings on the remaining claims: (1) declaratory and monetary relief against Johnnie Gorden for the alleged incidents of excessive force occurring on January 4, 2024 and the alleged failures to protect occurring on January 4, 2024 and January 6, 2024 and (2) declaratory and monetary relief against William Smith for the alleged act of excessive force involving chemical agent on January 4, 2024.

Signed in Baton Rouge, Louisiana, on July 9, 2026.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**